IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| WENDY REEVES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-3210-CV-S-DW |
| | ) | |
| HMO MISSOURI, INC. | ) | |
| d/b/a, BLUECHOICE, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Before the Court is the parties' Stipulation for Dismissal with Prejudice (Doc. 21). Pursuant to Federal Rule of Civil Procedure 41(a), the Court DISMISSES the above-styled action *with prejudice*. The fees and costs associated with this action shall be borne by the parties individually. The Clerk of the Court is directed to mark this action as closed.


Date: May 1, 2007  /s/ DEAN WHIPPLE
                    Dean Whipple
                    United States District Court